UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-21601-CIV-MARTINEZ-GOODMAN**

PEDRO PABLO LOPEZ and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

INDECO FINISHES OF FLORIDA, LLC, and
OSWALDO A. RAMOS,

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Final Default Judgment [ECF No. 15], filed on **June 22, 2015**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendants [ECF No. 14] for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit [ECF No. 15-3] with the Court as to the amount due from Defendants Indeco Finishes of Florida, LLC and Oswaldo A. Ramos. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff PEDRO PABLO LOPEZ and all others similarly situated under 29 U.S.C. 216(b) and against Defendants INDECO FINISHES OF FLORIDA, LLC, and OSWALDO A. RAMOS. It is further

**ADJUDGED** that Plaintiff shall recover from Defendants INDECO FINISHES OF

FLORIDA, LLC, and OSWALDO A. RAMOS, jointly and severally, compensatory damages in the amount of $20,317.50; attorney's fees and costs in the amount of $2,447.70; for a sum total of **$22,765.20**.  Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961.  For which sum let execution issue.  It is further

**ADJUDGED** that all pending motions are **DENIED AS MOOT** and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of July, 2015.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record