UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-21601-CIV-MARTINEZ-GOODMAN**

PEDRO PABLO LOPEZ and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

INDECO FINISHES OF FLORIDA, LLC,
OSWALDO A. RAMOS,

    Defendants.
_____/

### AGREED ORDER ON ANSWER TO THE WRIT OF GARNISHMENT DIRECTED TO FIRST AMERICAN BANK

This matter came before the Court upon the issuance of a Writ of Garnishment by the Plaintiff, directed to and answered by the Garnishee, First American Bank, N.A. ("Bank"). Oswaldo A. Ramos has since filed a voluntary petition under Title 11, Chapter 7 of the United States Bankruptcy Code (Case No. 16-10025-AJC), pending in this District. Marcia T. Dunn ("Trustee") was appointed the Chapter 7 Trustee of the bankruptcy estates of Oswaldo A. Ramos and Indeco Finishes of Florida LLC (Case No. 16-16004-LMI), and the current amount the Bank is indebted to Indeco Finishes of Florida, LLC is property of the Bankruptcy Estate pursuant to 11 U.S.C. § 541. The Plaintiff, Indeco Finishes of Florida LLC, the Bank and the Trustee agree that the $2,849.67, held by the Bank for Indeco Finishes of Florida LLC should be turned over to the Trustee for administration in the bankruptcy case. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1.    Upon payment being made by the Bank to Marcia T. Dunn, Trustee for Indeco Finishes of

Florida LLC, in the total sum of $2,849.67, the Writ of Garnishment as to Oswaldo A. Ramos and Indeco Finishes of Florida LLC shall be **DISSOLVED** with the exception of Plaintiff maintaining his secured status in the event the bankruptcy case(s) are dismissed.

2. The Bank shall pay said total amounts payable to the Trustee by mailing the same to Alexis S. Read, Esq., Dunn Law, P.A., 555 N.E. 15th Street, Suite 934-A, Miami, Florida 33132.

3. In the event the bankruptcy case(s) are dismissed, the Plaintiff shall be permitted to exercise all available rights and remedies under applicable law to recover the sums due to the Plaintiff under the Final Judgment entered against Oswaldo A. Ramos and Indeco Finishes of Florida, LLC.

4. All pending motions are **DENIED AS MOOT**. This case remains **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of June, 2016.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record